UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| Hope Lorraine Mintz,<br>    Plaintiff,<br><br> v.<br><br>Carolyn W. Colvin,<br>*Acting Commissioner of Social Security*,<br>    Defendant. | **JUDGMENT**<br><br>No. 7:14-CV-7-BO |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED AND DECREED** that plaintiff's motion for judgment on the pleadings [DE 20] is DENIED and defendant's motion for judgment on the pleadings [DE 22] is GRANTED. The decision of the Commissioner is AFFIRMED.

This case is closed.

**This judgment filed and entered on April 21, 2015, and served on:**

Jonathan P. Miller (via CM/ECF Notice of Electronic Filing)
David N. Mervis (via CM/ECF Notice of Electronic Filing)

April 21, 2015

JULIE RICHARD JOHNSTON, CLERK
By: Deputy Clerk